DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

SHAUN MICHAEL SMITH,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-2936

_____

November 5, 2025

Appeal pursuant to Fla. R. App. P. 9.140(b)(1)(A), (F) from the Circuit
Court for Pinellas County; Keith Meyer, Judge.

Blair Allen, Public Defender, and Clark E. Green, Assistant Public
Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

    Affirmed.


KELLY, BLACK, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.